## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MARCUS FIELDS, ADC #150118**                                         **PETITIONER**

**v.**                                  **Case No. 5:18-cv-00077-KGB**

**WENDY KELLEY**                                                       **RESPONDENT**

### ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 2).  Petitioner Marcus Fields has filed an objection to Judge Deere's Recommended Disposition (Dkt. No. 4).  After careful review of the Recommended Disposition and Mr. Fields' objection thereto, and a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses without prejudice Mr. Fields' petition for a writ of *habeas corpus* (Dkt. No. 1).  The Court also denies as moot Mr. Fields' request for production of documents (Dkt. No. 3). Finally, the Court declines to issue a certificate of appealability.  Mr. Fields may still apply to the Eighth Circuit for a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 13th day of October, 2020.

_____
Kristine G. Baker
United States District Judge