IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS FIELDS, ADC #150118**                                         **PETITIONER**

**v.**                            **Case No. 5:18-cv-00077-KGB**

**WENDY KELLEY**                                                   **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Marcus Fields' petition for a writ of *habeas corpus* is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 13th day of October, 2020.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge